Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Boris Orlov**, Attorney (CSBN #223532)
Office of the Solicitor (Sol #1119377)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-5410
    Facsimile:  (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **HYBRID PROMOTIONS, LLC,** <br><br> Defendant. | Case No.: SACV11-1281 CJC(RNBx) <br><br><br><br> **CONSENT JUDGMENT** |

    Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), and Defendant Hybrid Promotions, LLC ("Defendant"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

    A.    The Secretary has filed a Complaint alleging that the Defendant violated provisions of Sections 15(a)(1), 29 U.S.C. § 215(a)(1) of the Fair Labor Standards Act of 1938, as amended ("FLSA").

    B.    The Defendant has appeared by counsel and acknowledges receipt of a copy of the Secretary's Complaint.

    C.    The Defendant waives issuance and service of process and waives answer

and any defenses to the Secretary's Complaint.

D. The Secretary and Defendant waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E. The Defendant admits that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendant, its officers, agents, servants, and employees and those persons in active concert or participation with it who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Section 15(a)(1), 29 U.S.C. § 215(a)(1) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), in any of the following manners:

1) Defendant shall not, contrary to FLSA § 15(a)(1), 29 U.S.C. § 215(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee (of the Defendant or other(s)) has been employed in violation of the FLSA's minimum wage (29 U.S.C. § 206) or overtime pay provisions (29 U.S.C. § 207);

2) Defendant shall discuss the following subjects with the owner or top management official of all sewing, cutting, finishing, trimming and printing contractors (hereafter "contractor(s)") with whom it does business in order to assess the contractor's willingness and ability to understand and comply with the FLSA prior to entering into any agreement with the contractor for its services. Defendant shall maintain for a period of three years documentation showing that these subjects have been discussed and produce this documentation to representatives of the Secretary of Labor upon their request:

A. The terms of the FLSA, including the contractor's obligation to pay

minimum wage and overtime and maintain accurate records of the hours worked by and wages paid to its employees;

      B.    Whether the proposed price terms are such that the contractor will be able to comply with the FLSA's minimum wage and overtime requirements;

      C.    The contractor's willingness and ability, in light of the contractor's prior compliance history, involvement in the industry and financial resources, to understand and comply with the FLSA;

      D.    The contractor's obligation to inform Defendant immediately whenever the contractor is unable to meet any requirement of the FLSA;

      E.    The Defendant will require the contractor to maintain true and accurate payroll records, and records of hours worked by all persons who work on goods produced for the Defendant. The contractor shall make these records available to the Defendant and the U. S. Dept. of Labor upon request.

Defendant shall supply copies of the documentation required by this paragraph to representatives of the Secretary of Labor upon their request;

ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and, it is further

ORDERED that this Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: August 30, 2011

_____
U.S. DISTRICT COURT JUDGE

For the Defendant:

The Defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

For: Hybrid Promotions, LLC.

By: _____   08/19/11
       Gavin Dogan                                      Date

Its: __Vice-President__

Attorneys for the Defendant

FRIEDMAN STROFFE & GERARD, P.C.

_____   8/22/11
ROBERT GERARD, Attorney              Date
19800 MacArthur Blvd., Suite 1100
Irvine, California 92612
Tel: (949) 265-1100
Fax: (949) 265-1199

1 | For the Plaintiff:
2 |
3 | M. PATRICIA SMITH
  | Solicitor of Labor
4 |
5 | LAWRENCE BREWSTER
  | Regional Solicitor
6 |
7 | DANIEL J. CHASEK
  | Associate Regional Solicitor
8 |
9 | [signature]                          8-22-2011
10 | BORIS ORLOV, Attorney                Date
11 | Attorneys for the Plaintiff
12 | U.S. Department of Labor
13 |
...
28 |